**2**

Brian S. Haddix (230332)
Haddix Law Firm
1224 I Street
Modesto, CA 95354-0912
(209) 338-1131
bhaddix@haddixlawfirm.com

Attorney for Ajit Singh Ball and Harmandeep Ball

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>Ajit Singh Ball and Harmandeep Ball,<br><br>Debtor(s), | Case No. 21-22017<br><br>DC No. BSH-1<br><br>Chapter 7<br><br>Hearing Date: July 12, 2021<br>Time: 9:00 a.m.<br>Courtroom: 28; Dept. A<br>Judge: Hon. F. Clement |

**ORDER ON EX PARTE MOTION FOR ORDER TO VACATE DISMISSAL**

Upon consideration of the Debtors' Ex Parte Motion for Order to Vacate Dismissal, and the entire record herein, and good cause appearing therefor,

IT IS ORDERED that the Debtors' Ex Parte Motion for Order to Vacate Dismissal is GRANTED and the dismissal is vacated.

IT IS FURTHER ORDERED that all dates and deadlines provided in the Notice of Chapter 7 Bankruptcy Case filed in this matter on June 6, 2021, as Document No. 10, shall remain in effect.

IT IS FURTHER ORDERED that Counsel for the moving party shall serve this order and the Notice of Chapter 7 Bankruptcy Case (Document No. 10), no later than July 13, 2021, on all parties in interest including creditors, the Chapter 7 trustee, and

RECEIVED
July 12, 2021
CLERK, U.S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006993362

any party requesting special notice and shall file a proof of service, no later than July 13, 2021, regarding same.

Dated: Jul 13, 2021

Fredrick E. Clement
United States Bankruptcy Judge